# Exhibit A

# EXHIBIT A DOE LIST

**Doe # 1**          IP Address:  128.59.224.83 2007-06-14 19:15:46 EDT

**Doe # 2**          IP Address:  160.39.104.19 2007-04-22 22:13:35 EDT

**Doe # 3**          IP Address:  160.39.110.138 2007-07-17 13:41:29 EDT

**Doe # 4**          IP Address:  160.39.110.146 2007-06-15 11:42:00 EDT

**Doe # 5**          IP Address:  160.39.110.202 2007-06-15 19:57:49 EDT

**Doe # 6**          IP Address:  160.39.110.26 2007-06-07 06:20:41 EDT

**Doe # 7**          IP Address:  160.39.110.29 2007-06-02 13:20:32 EDT

**Doe # 8**          IP Address:  160.39.110.41 2007-06-05 07:41:28 EDT

**Doe # 9**          IP Address:  160.39.110.51 2007-05-07 07:43:11 EDT

**Doe # 10**         IP Address:  160.39.111.30 2007-06-23 17:59:38 EDT

**Doe # 11**         IP Address:  160.39.138.34 2007-04-24 00:03:25 EDT

**Doe # 12**         IP Address:  160.39.145.191 2007-05-09 23:58:45 EDT

**Doe # 13**         IP Address:  160.39.165.127 2007-06-07 01:07:57 EDT

**Doe # 14**         IP Address:  160.39.180.67 2007-04-23 09:12:55 EDT

**Doe # 15**         IP Address:  160.39.186.174 2007-07-25 10:10:18 EDT

**Doe # 16**         IP Address:  160.39.186.198 2007-05-31 06:37:14 EDT

**Doe # 17**         IP Address:  160.39.188.111 2007-04-27 10:37:23 EDT

**Doe # 18**         IP Address:  160.39.190.94 2007-07-11 19:06:46 EDT

**Doe # 19**         IP Address:  160.39.213.161 2007-05-24 13:30:35 EDT

**Doe # 20**         IP Address:  160.39.221.163 2007-03-15 20:45:30 EDT

**Doe # 21**              **IP Address:** 160.39.242.147 2007-04-09 16:02:54 EDT

**Doe # 22**              **IP Address:** 160.39.242.60 2007-05-01 20:50:43 EDT

**Doe # 23**              **IP Address:** 160.39.243.222 2007-07-24 08:06:42 EDT

**Doe # 24**              **IP Address:** 160.39.245.162 2007-03-13 11:43:15 EDT

**Doe # 25**              **IP Address:** 160.39.245.63 2007-04-27 03:56:44 EDT

**Doe # 26**              **IP Address:** 160.39.247.222 2007-06-13 20:20:46 EDT

**Doe # 27**              **IP Address:** 160.39.250.196 2007-01-26 16:28:34 EST

**Doe # 28**              **IP Address:** 160.39.253.65 2007-06-19 10:44:15 EDT

**Doe # 29**              **IP Address:** 160.39.49.167 2007-03-21 02:10:35 EDT

**Doe # 30**              **IP Address:** 160.39.58.136 2007-06-19 22:48:34 EDT

# EXHIBIT A

**IP Address:**  128.59.224.83 2007-06-14 19:15:46 EDT      **CASE ID#** 132965042

**P2P Network:**  Gnutella      **Total Audio Files:** 144

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Def Leppard | Rocket | Hysteria | 90-420 |
| BMG Music | Foo Fighters | No Way Back | In Your Honor | 377-762 |
| Virgin Records America, Inc. | Smashing Pumpkins | Rocket | Siamese Dream | 169-635 |
| Warner Bros. Records Inc. | Fleetwood Mac | Gold Dust Woman | Rumours | N39857 |
| UMG Recordings, Inc. | Snow Patrol | Run | Final Straw | 353-890 |
| Warner Bros. Records Inc. | My Chemical Romance | The Ghost Of You | Three Cheers for Sweet Revenge | 360-197 |
| BMG Music | Foo Fighters | Times Like These | One By One | 325-862 |
| SONY BMG MUSIC ENTERTAINMENT | The Offspring | Want You Bad | Conspiracy of One | 288-853 |
| Warner Bros. Records Inc. | The Used | Pieces Mended | The Used | 314-399 |
| UMG Recordings, Inc. | Styx | Babe | Cornerstone | 12-849 |

# EXHIBIT A

**IP Address:** 160.39.104.19 2007-04-22 22:13:35 EDT

**CASE ID#** 126431819

**P2P Network:** Gnutella

**Total Audio Files:** 154

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Papa Don't Preach | True Blue | 76-979 |
| UMG Recordings, Inc. | Abba | Money, Money, Money | Arrival | N38737 |
| UMG Recordings, Inc. | Hanson | I Will Come To You | Middle Of Nowhere | 238-338 |
| UMG Recordings, Inc. | Abba | Voulez-Vous | Voulez-Vous | 10-318 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Iris | Dizzy Up the Girl | 246-538 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | I Hate You Then I Love You | Let's Talk About Love | 248-109 |
| UMG Recordings, Inc. | Hanson | MMMBop | Middle Of Nowhere | 238-338 |
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| UMG Recordings, Inc. | Abba | Lay All Your Love On Me | Super Trouper | 24-153 |
| Warner Bros. Records Inc. | Madonna | Lucky Star | Madonna | 46-877 |

## EXHIBIT A

**IP Address:** 160.39.110.138 2007-07-17 13:41:29 EDT        **CASE ID#** 136432999

**P2P Network:** Gnutella                                      **Total Audio Files:** 222

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| UMG Recordings, Inc. | Tom Petty | Learning To Fly | Into The Great Wide Open | 132-454 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Alive | Ten | 137-787 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | Corduroy | Vitalogy | 206-558 |
| Loud Records LLC | Wu-Tang Clan | Gravel Pit | The W | 298-336 |
| UMG Recordings, Inc. | Gin Blossoms | Hey Jealousy | New Miserable Experience | 147-035 |
| Warner Bros. Records Inc. | Green Day | Longview | Dookie | 185-457 |

# EXHIBIT A

**IP Address:** 160.39.110.146 2007-06-15 11:42:00 EDT

**CASE ID#** 133041120

**P2P Network:** Gnutella

**Total Audio Files:** 252

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | City High | Caramel | City High | 297-264 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | City Love | Room for Squares | 305-049 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| UMG Recordings, Inc. | Black Eyed Peas | Don't Lie | Monkey Business | 378-166 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| Capitol Records, Inc. | Jimmy Eat World | For Me This Is Heaven | Clarity | 262-667 |
| Capitol Records, Inc. | Bonnie Raitt | Something to Talk About | Luck of the Draw | 133-193 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | Goodbye | Jagged Little Thrill | 302-328 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Give Me One Reason | New Beginning | 188-489 |
| BMG Music | Kelly Clarkson | Gone | Breakaway | 352-147 |

**EXHIBIT A**

**IP Address:** 160.39.110.202 2007-06-15 19:57:49 EDT          **CASE ID#** 133083872

**P2P Network:** Gnutella          **Total Audio Files:** 393

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | George Strait | Heartland | Pure Country | 146-421 |
| UMG Recordings, Inc. | Counting Crows | Holiday in Spain | Hard Candy | 321-021 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| UMG Recordings, Inc. | Weezer | Buddy Holly | Weezer (Blue Album) | 187-644 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| SONY BMG MUSIC ENTERTAINMENT | Audioslave | Like a Stone | Audioslave | 322-103 |
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |
| Elektra Entertainment Group Inc. | Natalie Merchant | Jealousy | Tigerlily | 215-762 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |

## EXHIBIT A

**IP Address:** 160.39.110.26 2007-06-07 06:20:41 EDT          **CASE ID#** 132085445

**P2P Network:** Gnutella          **Total Audio Files:** 1447

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | George Jones | Choices | Cold Hard Truth | 178-893 |
| Warner Bros. Records Inc. | Michael Buble | Home | It's Time | 370-205 |
| Virgin Records America, Inc. | Janet Jackson | If | Janet | 174-392 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| Capitol Records, Inc. | Norah Jones | Come Away with Me | Come Away With Me | 320-120 |
| Capitol Records, Inc. | Keith Urban | I Thought You Knew | Keith Urban | 273-265 |
| BMG Music | David Gray | Babylon | White Ladder | 297-324 |
| UMG Recordings, Inc. | Blink-182 | All the Small Things | Enema of the State | 279-826 |
| SONY BMG MUSIC ENTERTAINMENT | Europe | The Final Countdown | The Final Countdown | 76-395 |

# EXHIBIT A

**IP Address:** 160.39.110.29 2007-06-02 13:20:32 EDT

**CASE ID#** 131557620

**P2P Network:** Gnutella

**Total Audio Files:** 324

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Yellowcard | Sure Thing Falling | Lights and Sounds | SRu 587-735 |
| BMG Music | Natalie Imbruglia | Impressed | Left Of The Middle | 246-607 |
| SONY BMG MUSIC ENTERTAINMENT | B2K | Uh Huh | B2K | 308-430 |
| Elektra Entertainment Group Inc. | Eagles | Hotel California | Hotel California | N38950 |
| Motown Record Company, L.P. | Michael Jackson | My Girl | Ben | N3352 |
| UMG Recordings, Inc. | K-Ci & Jojo | All My Life | Love Always | 238-754 |
| Capitol Records, Inc. | Coldplay | Fix You | X&Y | 376-828 |
| UMG Recordings, Inc. | Semisonic | Closing Time | Feeling Strangely Fine | 251-980 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Meet Virginia | Train | 298-334 |
| UMG Recordings, Inc. | Fall Out Boy | Xo | From Under The Cork Tree | 371-909 |

## EXHIBIT A

**IP Address:** 160.39.110.41 2007-06-05 07:41:28 EDT

**CASE ID#** 131865464

**P2P Network:** Gnutella

**Total Audio Files:** 414

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Fabolous | Keepin It Gangsta | Street Dreams | 342-573 |
| UMG Recordings, Inc. | Mary J. Blige | Real Love | What's The 411? | 149-212 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| Zomba Recording LLC | J-Kwon | Tipsy | Hood Hop | 354-780 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Billie Jean | Thriller | 41-965 |
| BMG Music | Dave Matthews Band | Crash Into Me | Crash | 212-572 |
| UMG Recordings, Inc. | Common | Come Close | Electric Circus | 323-538 |
| UMG Recordings, Inc. | Erykah Badu | Next Lifetime | Baduizm | 233-364 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Around The World | Californication | 174-922 |
| BMG Music | Christina Aguilera | Soar | Stripped | 326-219 |

**EXHIBIT A**

**IP Address:** 160.39.110.51 2007-05-07 07:43:11 EDT          **CASE ID#** 128179636

**P2P Network:** Gnutella                                       **Total Audio Files:** 252

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Brian McKnight | You Should Be Mine | Anytime | 242-274 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |
| SONY BMG MUSIC ENTERTAINMENT | Da Brat | Funkdafied | Funkdafied | 199-136 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Girl | Destiny Fulfilled | 363-786 |
| Atlantic Recording Corporation | Chic | Le Freak | C'est Chic | 4-546 |
| Warner Bros. Records Inc. | Prince | Controversy | Controversy | 30-445 |
| Capitol Records, Inc. | Norah Jones | Don't Know Why | Come Away With Me | 320-120 |
| LaFace Records LLC | TLC | What About Your Friends | Ooooooohhh...on the TLC Tip | 143-726 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| UMG Recordings, Inc. | Mary J. Blige | Reminisce | What's The 411? | 149-212 |

## EXHIBIT A

**IP Address:** 160.39.111.30 2007-06-23 17:59:38 EDT          **CASE ID#** 133790522

**P2P Network:** Gnutella          **Total Audio Files:** 106

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | Eminem | Stan | The Marshall Mathers LP | 287-944 |
| Interscope Records | Eminem | Superman | Eminem Show | 317-924 |
| Interscope Records | Smash Mouth | Then The Morning Comes | Astro Lounge | 264-519 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Wonderwall | (What's The Story) Morning Glory | 289-141 |
| UMG Recordings, Inc. | Papa Roach | Getting Away With Murder | Getting Away With Murder | 360-567 |
| Elektra Entertainment Group Inc. | Jet | Look What You've Done | Get Born | 343-668 |
| UMG Recordings, Inc. | Blink-182 | I Miss You | Blink-182 | 345-359 |
| Elektra Entertainment Group Inc. | Third Eye Blind | Jumper | Third Eye Blind | 188-673 |
| UMG Recordings, Inc. | The All-American Rejects | It Ends Tonight | Move Along | 374-412 |
| Zomba Recording LLC | Justin Timberlake | Cry Me a River | Justified | 319-834 |

## EXHIBIT A

**IP Address:** 160.39.138.34 2007-04-24 00:03:25 EDT

**CASE ID#** 126548645

**P2P Network:** Gnutella

**Total Audio Files:** 211

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| SONY BMG MUSIC ENTERTAINMENT | Pearl Jam | In My Tree | No Code | 230-851 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| Virgin Records America, Inc. | A Perfect Circle | Brena | Mer De Noms | 281-642 |
| UMG Recordings, Inc. | U2 | Pride (In The Name Of Love) | Rattle & Hum | 99-818 |
| UMG Recordings, Inc. | DMX | Who We Be | The Great Depression | 303-917 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Emit Remmus | Californication | 174-922 |
| Atlantic Recording Corporation | Collective Soul | Shine | Hints, Allegations and Things Left Unsaid | 187-499 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Piano Man | Piano Man | N12214 |
| UMG Recordings, Inc. | Elton John | Candle in the Wind | Goodbye Yellow Brick Road | N10950 |

## EXHIBIT A

**IP Address:** 160.39.145.191 2007-05-09 23:58:45 EDT          **CASE ID#** 128462418

**P2P Network:** Gnutella          **Total Audio Files:** 249

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | The Darkness | I Believe in a Thing Called Love | Permission to Land | 343-473 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| UMG Recordings, Inc. | Nirvana | Rape Me | In Utero | 172-276 |
| Capitol Records, Inc. | Radiohead | Creep | Pablo Honey | 190-976 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | No Such Thing | Room for Squares | 305-049 |
| Arista Records LLC | Santana | Maria Maria | Supernatural | 289-833 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Aeroplane | One Hot Minute | 243-059 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |

# EXHIBIT A

**IP Address:** 160.39.165.127 2007-06-07 01:07:57 EDT          **CASE ID#** 132052790

**P2P Network:** Gnutella                                        **Total Audio Files:** 1431

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Keith Sweat | Nobody | Keith Sweat | 226-496 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | If | Destiny Fulfilled | 363-786 |
| UMG Recordings, Inc. | Common | The Light | Like Water For Chocolate | 279-993 |
| Atlantic Recording Corporation | Sean Paul | Get Busy | Dutty Rock | 352-634 |
| Capitol Records, Inc. | Tina Turner | What's Love Got to Do With It | Private Dancer | 58-022 |
| UMG Recordings, Inc. | Young Buck | Shorty Wanna Ride | Straight Outta Ca$hville | 362-252 |
| UMG Recordings, Inc. | Common | Testify | Be | 377-106 |
| UMG Recordings, Inc. | LL Cool J | Mama Said Knock You Out | Mama Said Knock You Out | 123-555 |
| Zomba Recording LLC | R. Kelly | Slow Wind | TP.3 Reloaded | 375-213 |

# EXHIBIT A

**IP Address:** 160.39.180.67 2007-04-23 09:12:55 EDT          **CASE ID#** 126489922

**P2P Network:** Gnutella                                      **Total Audio Files:** 184

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Van Halen | When It's Love | OU812 | 93-099 |
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| Elektra Entertainment Group Inc. | Ween | Bananas And Blow | White Pepper | 281-379 |
| Atlantic Recording Corporation | Chic | Good Times | Risque | 13-540 |
| UMG Recordings, Inc. | Rush | Tom Sawyer | Moving Pictures | 25-005 |
| UMG Recordings, Inc. | Aerosmith | Cryin' | Get A Grip | 153-061 |
| Virgin Records America, Inc. | UB40 | Red Red Wine | Labour of Love | 49-244 |
| SONY BMG MUSIC ENTERTAINMENT | Incubus | Redefine | SCIENCE | 249-690 |
| Interscope Records | Queens of the Stone Age | Feel Good Hit of the Summer | R | 281-197 |
| Warner Bros. Records Inc. | Van Halen | You Really Got Me | Van Halen | 239 |

## EXHIBIT A

**IP Address:** 160.39.186.174 2007-07-25 10:10:18 EDT          **CASE ID#** 136989562

**P2P Network:** Gnutella          **Total Audio Files:** 95

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | 3 Doors Down | Behind Those Eyes | Seventeen Days | 368-870 |
| LaFace Records LLC | Pink | Most Girls | Can't Take Me Home | 279-958 |
| Arista Records LLC | Avril Lavigne | I'm With You | Let Go | 312-786 |
| SONY BMG MUSIC ENTERTAINMENT | Bow Wow | My Baby | Unleashed | 339-319 |
| Arista Records LLC | Pink | Just Like a Pill | M!ssundaztood | 326-672 |
| BMG Music | Avril Lavigne | Don't Tell Me | Under My Skin | 332-312 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Lifetime | Now | 302-599 |
| UMG Recordings, Inc. | 3 Doors Down | Kryptonite | The Better Life | 277-407 |
| UMG Recordings, Inc. | Dru Hill | Beauty | Enter the Dru | 290-402 |
| UMG Recordings, Inc. | Sisqo | Incomplete | Unleash The Dragon | 277-984 |

## EXHIBIT A

**IP Address:** 160.39.186.198 2007-05-31 06:37:14 EDT     **CASE ID#** 131248306

**P2P Network:** Gnutella     **Total Audio Files:** 286

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
| --- | --- | --- | --- | --- |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Wake Me Up Before You Go-Go | Make It Big | 68-616 |
| Elektra Entertainment Group Inc. | The Cars | You Might Think | Heartbeat City | 52-759 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Faithfully | Frontiers | 43-223 |
| UMG Recordings, Inc. | Scorpions | Wind of Change | Crazy World | 134-531 |
| Capitol Records, Inc. | Vanilla Ice | Ice Ice Baby | To The Extreme | 125-259 |
| SONY BMG MUSIC ENTERTAINMENT | Cheap Trick | Dream Police | Dream Police | 13-648 |
| UMG Recordings, Inc. | Scorpions | Still Loving You | Love At First Sting | 54-748 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| UMG Recordings, Inc. | Aerosmith | Rag Doll | Permanent Vacation | 85-369 |
| Warner Bros. Records Inc. | A-Ha | Take On Me | Hunting High and Low | 63-603 |

# EXHIBIT A

**IP Address:** 160.39.188.111 2007-04-27 10:37:23 EDT

**CASE ID#** 126932890

**P2P Network:** Gnutella

**Total Audio Files:** 2333

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Abba | The Winner Takes It All | The Winner Takes It All | 54-688 |
| UMG Recordings, Inc. | U2 | One | Achtung Baby | 139-599 |
| Capitol Records, Inc. | Megadeth | Peace Sells | Peace Sells...But Who's Buying? | 81-043 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Survivor | Survivor | 289-199 |
| Warner Bros. Records Inc. | Joni Mitchell | Both Sides Now | Both Sides Now | 275-916 |
| Virgin Records America, Inc. | DiVinyls | I Touch Myself | DiVinyls | 127-625 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| Warner Bros. Records Inc. | Barenaked Ladies | The Old Apartment | Born on a Pirate Ship | 261-190 |
| Warner Bros. Records Inc. | Barenaked Ladies | One Week | Stunt | 257-724 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | The Power of Love | The Colour of My Love | 191-558 |

# EXHIBIT A

**IP Address:** 160.39.190.94 2007-07-11 19:06:46 EDT

**P2P Network:** Gnutella

**CASE ID#** 135828422

**Total Audio Files:** 511

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Kansas | Dust In The Wind | Point Of Know Return | N46813 |
| UMG Recordings, Inc. | Ludacris | We Got | Chicken-N-Beer | 347-129 |
| UMG Recordings, Inc. | Nelly Furtado | Promiscuous | Promiscuous (single) | 391-618 |
| UMG Recordings, Inc. | Def Leppard | Pour Some Sugar on Me | Hysteria | 90-420 |
| Warner Bros. Records Inc. | Dire Straits | Money for Nothing | Brothers In Arms | 63-040 |
| Elektra Entertainment Group Inc. | Fabolous | Forgive Me Father | Street Dreams | 342-573 |
| SONY BMG MUSIC ENTERTAINMENT | REO Speedwagon | Keep on Loving You | Hi Infidelity | 24-298 |
| UMG Recordings, Inc. | G-Unit | G-Unit | Beg For Mercy | 337-759 |
| Zomba Recording LLC | Justin Timberlake | Rock Your Body | Justified | 319-834 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | Call Me the Breeze | Freebird, The Movie | 217-984 |

# EXHIBIT A

**IP Address:** 160.39.213.161 2007-05-24 13:30:35 EDT          **CASE ID#** 130423620

**P2P Network:** Gnutella                                        **Total Audio Files:** 1804

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tracy Chapman | This Time | Cross Roads | 110-722 |
| Warner Bros. Records Inc. | The Pretenders | I'll Stand By You | Last Of The Independents | 191-975 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | The Zephyr Song | By The Way | 316-878 |
| Warner Bros. Records Inc. | Rod Stewart | All For Love | If We Fall In Love Tonight | 229-785 |
| UMG Recordings, Inc. | Sting | Fields of Gold | Ten Summoner's Tales | 174-453 |
| SONY BMG MUSIC ENTERTAINMENT | Oasis | Don't Look Back In Anger | (What's The Story) Morning Glory | 289-141 |
| UMG Recordings, Inc. | Tom Petty | American Girl | Long After Dark | 50-037 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Breaking the Girl | Blood Sugar Sex Magik | 135-276 |
| SONY BMG MUSIC ENTERTAINMENT | Wyclef Jean | Gone Till November | Wyclef Jean Presents The Carnival Featuring Refugee Allstars | 251-493 |
| Warner Bros. Records Inc. | Prince | 1999 | 1999 | 41-035 |

## EXHIBIT A

**IP Address:** 160.39.221.163 2007-03-15 20:45:30 EDT          **CASE ID#** 121960048

**P2P Network:** Gnutella          **Total Audio Files:** 993

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Jay-Z | I Know What Girls Like | In My Lifetime, Vol. 1 | 243-495 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Hate Me Now | I Am | 175-149 |
| SONY BMG MUSIC ENTERTAINMENT | Jagged Edge | He Can't Love You | J.E. Heartbreak | 288-396 |
| LaFace Records LLC | Outkast | B.O.B. | Stankonia | 306-741 |
| Warner Bros. Records Inc. | Seal | Kiss From A Rose | Seal | 194-147 |
| Priority Records LLC | Ice Cube | MP | The War Disc | 268-428 |
| SONY BMG MUSIC ENTERTAINMENT | Maxwell | Lifetime | Now | 302-599 |
| UMG Recordings, Inc. | Kool & The Gang | Misled | Emergency | 58-224 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

# EXHIBIT A

**IP Address:** 160.39.242.147 2007-04-09 16:02:54 EDT

**P2P Network:** Gnutella

**CASE ID#** 124845413

**Total Audio Files:** 537

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Gone | Music | 285-828 |
| Capitol Records, Inc. | Radiohead | Airbag | OK Computer | 330-613 |
| Interscope Records | No Doubt | Tragic Kingdom | Tragic Kingdom | 206-724 |
| Virgin Records America, Inc. | Spice Girls | Stop | Spiceworld | 261-523 |
| BMG Music | Vertical Horizon | Everything You Want | Everything You Want | 277-868 |
| LaFace Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| UMG Recordings, Inc. | Lynyrd Skynyrd | That Smell | Freebird, The Movie | 217-984 |
| UMG Recordings, Inc. | Counting Crows | A Long December | Recovering The Satellites | 226-415 |
| UMG Recordings, Inc. | Tonic | If You Could Only See | Lemon Parade | 257-075 |
| LaFace Records LLC | Outkast | Ms. Jackson | Stankonia | 306-741 |

# EXHIBIT A

**IP Address:** 160.39.242.60 2007-05-01 20:50:43 EDT     **CASE ID#** 127495251

**P2P Network:** Gnutella     **Total Audio Files:** 1140

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| UMG Recordings, Inc. | Musiq | Halfcrazy | Juslisen | 308-859 |
| Warner Bros. Records Inc. | The Flaming Lips | Fight Test | Yoshimi Battles the Pink Robots | 316-677 |
| Capitol Records, Inc. | Keith Urban | Where The Blacktop Ends | Keith Urban | 273-265 |
| Warner Bros. Records Inc. | Green Day | Welcome to Paradise | Dookie | 185-457 |
| Atlantic Recording Corporation | Phil Collins | Another Day In Paradise | But Seriously | 110-770 |

# EXHIBIT A

**IP Address:** 160.39.243.222 2007-07-24 08:06:42 EDT          **CASE ID#** 136840384

**P2P Network:** Gnutella          **Total Audio Files:** 969

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Akon | Lonely | Trouble | 361-456 |
| Elektra Entertainment Group Inc. | Tracy Chapman | Fast Car | Tracy Chapman | 92-491 |
| Warner Bros. Records Inc. | Goo Goo Dolls | Name | A Boy Named Goo | 193-623 |
| SONY BMG MUSIC ENTERTAINMENT | Billy Joel | Big Shot | 52nd Street | 4-681 |
| Virgin Records America, Inc. | Spice Girls | Say You'll Be There | Spice | 201-276 |
| UMG Recordings, Inc. | Remy Zero | Prophecy | Villa Elaine | 237-074 |
| Capitol Records, Inc. | Radiohead | Just | The Bends | 280-260 |
| UMG Recordings, Inc. | Counting Crows | Round Here | August and Everything After | 172-267 |
| Maverick Recording Company | Alanis Morissette | You Learn | Jagged Little Pill | 213-545 |
| Capitol Records, Inc. | Norah Jones | Don't Miss You At All | Feels Like Home | 350-540 |

# EXHIBIT A

**IP Address:** 160.39.245.162 2007-03-13 11:43:15 EDT          **CASE ID#** 121651995

**P2P Network:** Gnutella          **Total Audio Files:** 1240

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Willie Nelson | Seven Spanish Angels | Half Nelson | 79-710 |
| SONY BMG MUSIC ENTERTAINMENT | Cypress Hill | Boom Biddy Bye Bye | Cypress Hill III: Temples Of Boom | 215-690 |
| Atlantic Recording Corporation | Tori Amos | Cornflake Girl | Under the Pink | 185-391 |
| SONY BMG MUSIC ENTERTAINMENT | The Fugees | Cowboys | The Score | 222-005 |
| SONY BMG MUSIC ENTERTAINMENT | Meat Loaf | Two Out Of Three Ain't Bad | Bat Out Of Hell | N46849 |
| Capitol Records, Inc. | Marcy Playground | Sex and Candy | Marcy Playground | 240-954 |
| UMG Recordings, Inc. | The Police | Roxanne | Roxanne (single) | 4-190 |
| Capitol Records, Inc. | Frank Sinatra | Mack the Knife | Duets II | 210-118 |

## EXHIBIT A

**IP Address:** 160.39.245.63 2007-04-27 03:56:44 EDT

**CASE ID#** 126903164

**P2P Network:** Gnutella

**Total Audio Files:** 243

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Under the Bridge | Blood Sugar Sex Magik | 135-276 |
| Warner Bros. Records Inc. | Green Day | When I Come Around | Dookie | 185-457 |
| UMG Recordings, Inc. | Rob Zombie | Dragula | Hellbilly Deluxe | 257-901 |
| SONY BMG MUSIC ENTERTAINMENT | Rage Against the Machine | Killing in the Name | Rage Against the Machine | 152-061 |
| UMG Recordings, Inc. | U2 | Beautiful Day | All That You Can't Leave Behind | 294-631 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | By The Way | By The Way | 316-878 |
| UMG Recordings, Inc. | Nirvana | Lithium | Nevermind | 135-335 |
| UMG Recordings, Inc. | U2 | With or Without You | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | John Mayer | No Such Thing | Room for Squares | 305-049 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Aeroplane | One Hot Minute | 243-059 |

# EXHIBIT A

**IP Address:** 160.39.247.222 2007-06-13 20:20:46 EDT

**CASE ID#** 132853062

**P2P Network:** Gnutella

**Total Audio Files:** 164

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | The Pussycat Dolls | Don't Cha | PCD | 377-102 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| UMG Recordings, Inc. | Sugarland | Just Might (Make Me Believe) | Twice the Speed of Life | 364-758 |
| Zomba Recording LLC | Ciara | 1, 2, Step | Goodies | 355-316 |
| UMG Recordings, Inc. | Weezer | Perfect Situation | Make Believe | 376-565 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| BMG Music | Foo Fighters | Best of You | In Your Honor | 377-762 |
| BMG Music | Kenny Chesney | Summertime | The Road and the Radio | 383-449 |
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |

## EXHIBIT A

**IP Address:** 160.39.250.196 2007-01-26 16:28:34 EST          **CASE ID#** 116127733

**P2P Network:** AresWarez                                        **Total Audio Files:** 1549

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Depeche Mode | Just Can't Get Enough | Speak & Spell | 33-212 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| Capitol Records, Inc. | Pink Floyd | Another Brick in the Wall, Pt. 2 | The Wall | 14-787 |
| Virgin Records America, Inc. | Ben Harper | Burn One Down | Fight For Your Mind | 210-135 |
| UMG Recordings, Inc. | Sting | A Thousand Years | Brand New Day | 271-015 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |

# EXHIBIT A

**IP Address:** 160.39.253.65 2007-06-19 10:44:15 EDT          **CASE ID#** 133444697

**P2P Network:** Gnutella          **Total Audio Files:** 163

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Faith Hill | Like We Never Loved At All | Fireflies | 374-377 |
| UMG Recordings, Inc. | Blue October | Hate Me | Foiled | 388-117 |
| Capitol Records, Inc. | Red Hot Chili Peppers | Higher Ground | Mother's Milk | 107-737 |
| UMG Recordings, Inc. | Rihanna | SOS | A Girl Like Me | 387-137 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | Underneath Your Clothes | Laundry Service | 306-496 |
| Atlantic Recording Corporation | The Darkness | I Believe in a Thing Called Love | Permission to Land | 343-473 |
| UMG Recordings, Inc. | Kanye West | Through the Wire | College Dropout | 347-391 |
| Arista Records LLC | Kelis | Milkshake | Tasty | 353-969 |
| Zomba Recording LLC | 311 | Amber | From Chaos | 301-893 |
| Zomba Recording LLC | Ciara | 1, 2, Step | Goodies | 355-316 |

# EXHIBIT A

**IP Address:** 160.39.49.167 2007-03-21 02:10:35 EDT

**CASE ID#** 122568799

**P2P Network:** Gnutella

**Total Audio Files:** 379

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Arista Records LLC | Whitney Houston | Same Script, Different Cast | Whitney The Greatest Hits | 284-891 |
| Fonovisa, Inc. | La Mafia | Me Estoy Enamorando | Inconfundible | 303-888 |
| UMG Recordings, Inc. | Mary J. Blige | Everything | Share My World | 238-818 |
| SONY BMG MUSIC ENTERTAINMENT | Lauryn Hill | Ex-Factor | The Miseducation Of Lauryn Hill | 254-183 |
| UMG Recordings, Inc. | Mary J. Blige | Real Love | What's The 411? | 149-212 |
| SONY BMG MUSIC ENTERTAINMENT | Lil' Bow Wow | Ghetto Girls | Beware of Dog | 288-356 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |
| SONY BMG MUSIC ENTERTAINMENT | Marvin Gaye | Sexual Healing | Midnight Love | 41-568 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Whenever You Call | Butterfly | 244-014 |
| UMG Recordings, Inc. | Musiq | Musiq Soulchild | Aijuswanaseing | 291-528 |

## EXHIBIT A

**IP Address:** 160.39.58.136 2007-06-19 22:48:34 EDT        **CASE ID#** 133493280

**P2P Network:** Gnutella                                    **Total Audio Files:** 986

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Interscope Records | No Doubt | Simple Kind Of Life | Return Of Saturn | 279-727 |
| UMG Recordings, Inc. | Gwen Stefani | Bubble Pop Electric | Love.Angel.Music.Baby. | 364-759 |
| UMG Recordings, Inc. | Kabah | Vive | Calle De Las Sirenas | 236-676 |
| SONY BMG MUSIC ENTERTAINMENT | Shakira | No | Fijacion Oral Vol. 1 | 372-418 |
| Virgin Records America, Inc. | Lenny Kravitz | Lady | Baptism | 357-913 |
| SONY BMG MUSIC ENTERTAINMENT | Train | Train | Train | 298-334 |

AO 121 (6/90)

| TO: | | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court<br>Southern District of New York |
| DOCKET NO.            DATE FILED | 500 Pearl Street<br>New York, NY 10007-1312 |

| PLAINTIFF | DEFENDANT |
|---|---|
| LOUD RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DOES 1 - 30 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| | <u>See</u> Exhibit A, attached. | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY | |
|---|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order    ☐ Judgment | ☐ Yes    ☐ No | |
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 1 -- Upon initiation of action, mail this copy to Register of Copyrights.

AO 121 (6/90)

| TO: | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION    ~ APPEAL | COURT NAME AND LOCATION<br>**United States District Court**<br>**Southern District of New York**<br>**500 Pearl Street**<br>**New York, NY 10007-1312** |
|---|---|
| DOCKET NO.    DATE FILED | |

| PLAINTIFF<br>**LOUD RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC** | DEFENDANT<br>**DOES 1 - 30** |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 2 – Upon filing of document adding copyright(s), mail this copy to Register of Copyrights.

AO 121 (6/90)

| TO: | Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>LOUD RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 30 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 3 – Upon termination of action, mail this copy to Register of Copyrights.

AO 121 (6/90)

| TO:                                                                                                      | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ∼ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
|---|---|
| DOCKET NO. | DATE FILED |

| PLAINTIFF<br>LOUD RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 30 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | <u>See</u> Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment      ☐ Answer      ☐ Cross Bill      ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below.  A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes      ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 4 – In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new A0 279 for the appeal.

AO 121 (6/90)

| TO:     Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION     ~ APPEAL | COURT NAME AND LOCATION<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 | |
|---|---|---|
| DOCKET NO. | DATE FILED | |

| PLAINTIFF<br>LOUD RECORDS LLC; ARISTA RECORDS LLC; ATLANTIC RECORDING CORPORATION; BMG MUSIC; CAPITOL RECORDS, INC.; ELEKTRA ENTERTAINMENT GROUP INC.; FONOVISA, INC.; INTERSCOPE RECORDS; LAFACE RECORDS LLC; MAVERICK RECORDING COMPANY; MOTOWN RECORD COMPANY, L.P.; PRIORITY RECORDS LLC; SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; VIRGIN RECORDS AMERICA, INC.; WARNER BROS. RECORDS INC.; and ZOMBA RECORDING LLC | DEFENDANT<br>DOES 1 - 30 |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

*U.S.G.P.O. 1982-374-279

Copy 5 – Case file copy.