UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------x
LOUD RECORDS LLC, a Delaware Corporation;
ARISTA RECORDS LLC, a Delaware limited
liability company; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; BMG
MUSIC, a New York general partnership;
CAPITOL RECORDS, INC., a Delaware
corporation; ELEKTRA ENTERTAINMENT
GROUP INC., a Delaware corporation;
FONOVISA, INC., a California corporation;
INTERSCOPE RECORDS, a California general
partnership; LAFACE RECORDS LLC, a
Delaware limited liability company; MAVERICK
RECORDING COMPANY, a California joint
venture; MOTOWN RECORD COMPANY, L.P.,
a California limited partnership; PRIORITY
RECORDS LLC, a California limited liability
company; SONY BMG MUSIC ENTERTAINMENT,
a Delaware general partnership; UMG
RECORDINGS, INC., a Delaware corporation;
VIRGIN RECORDS AMERICA, INC., a California
corporation; WARNER BROS. RECORDS INC.,
a Delaware corporation; and ZOMBA RECORDING
LLC, a Delaware limited liability company,

                Plaintiffs,

    - against -

DOES 1 - 30,

                Defendants.
-------------------------------------------x

07-Civ-9291 (JFK)
**Order**

**JOHN F. KEENAN, United States District Judge:**

        The Court having decided the motion for discovery (dckt. no. 2) in an order dated October 19, 2007, the Clerk is respectfully directed to close the motion.

**SO ORDERED.**

Dated:    New York, N.Y.
            September 9, 2008.

                                          John F. Keenan
                                United States District Judge